**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **IN RE: O&G LEASING, LLC, ET AL.,** <br> **Debtors** | **CHAPTER 11 CASE NO: 10-01851-EE** <br> **Chapter 11** <br> **Jointly Administered** |
| **O&G LEASING, LLC and** <br> **PERFORMANCE DRILLING COMPANY, LLC** | **PLAINTIFFS** |
| **vs.** | **Adversary Proceeding No. 10-00054** |
| **FIRST SECURITY BANK, AS TRUSTEE, and** <br> **DOE DEBENTURE HOLDERS 1-5000** | **DEFENDANTS** |

**NOTICE OF SERVICE OF INTERROGATORIES OR
REQUESTS FOR PRODUCTION OF DOCUMENTS
OR RESPONSES THERETO**

TO:    All Counsel of Record:

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on the date entered below I served the following device(s):

(√) Check as appropriate:
___ Interrogatories to _____.
___ Requests for Production of Documents to _____.
___ Requests for Admissions to:_____.
√ Responses to Plaintiffs' First Set of Interrogatories Propounded to First Security Bank, as Trustee
√ Responses to Requests for Production of Documents by First Security Bank, as Trustee
___ Responses to Requests for Admission(s) of _____.

Pursuant to uniform Local Rule 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

DATED: October 18, 2010.

/s/ Jim F. Spencer, Jr.
JIM F. SPENCER, JR. (MSB #7736)
Attorney for First Security Bank, as Trustee

**CERTIFICATE OF SERVICE**

I, Jim F. Spencer, Jr., hereby certify that I have this day caused to be served by electronic mail a true and correct copy of the foregoing document to the following counsel of record:

| | |
|---|---|
| Douglas C. Noble, Esq.<br>dnoble@mmqlaw.com | E. Stephen Williams, Esq.<br>steve.williams@youngwilliams.com |
| Derek A. Henderson<br>d_henderson@bellsouth.net | Robert L. Holladay, Jr., Esq.<br>rob.holladay@youngwilliams.com |
| Ronald H. McAlpin, U. S. Trustee<br>Ronald.McAlpin@usdoj.gov | |

This 18th day of October 2010.

/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.